# United States Court of Federal Claims

No. 14-548 L

Filed: January 11, 2018

---

**MARY A. BAKER, et al.,**

     *Plaintiffs,*

**v.**

**UNITED STATES OF AMERICA,**

     *Defendant.*

---

### ORDER DIRECTING ENTRY OF JUDGMENT

The parties report that they have reached a settlement of plaintiffs' claims against the United States. We have reviewed the Settlement Agreement, which was attached to their Joint Motion for Entry of Judgment. Determination of attorney fees and costs pursuant to the controlling statute is before the court separately in accordance with RCFC 54(d).

By terms of the Joint Agreement and the parties' Joint Motion, the parties have asked this court to enter final judgment for plaintiffs in the amount of $169,328.40. Having considered the parties' Settlement Agreement, their Joint Motion for Entry of Judgment is GRANTED. Therefore, the Clerk of Court will enter judgment for plaintiffs in the amount of $169,328.40, plus interest, to be calculated as set forth in the agreements described above.

     **IT IS SO ORDERED.**

s/*Robert H. Hodges, Jr.*

Robert H. Hodges, Jr.
Senior Judge